CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/18/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff,*<br><br>v.<br><br>RISHI WAYNE ROBERTSON.,<br>    *Defendant.* | CASE NO. 6:13-cr-00018<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Rishi Robertson's *pro se* 18 U.S.C. § 3582(c)(2) motion to reduce his sentence in light of Amendment 782 to the Sentencing Guidelines, Dkt. 41, is **DENIED** in accordance with the accompanying Memorandum Opinion.

The Clerk of the Court is hereby directed to send this order to all counsel of record.

Entered this __18th__ day of April 2022.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE